**E-FILED**
Tuesday, 04 October, 2016 02:30:41 PM
Clerk, U.S. District Court, ILCD

**IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

MARK A. WILCOX,
     Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,
     Defendant.

Case No. 4:16-cv-04013-JEH

### Order and Opinion

This matter is now before the Court on the parties' Joint Stipulation to Remand to the Commissioner (Doc. 17). In their Stipulation, the parties jointly request that the Court reverse this case and remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).

The parties agree that on remand, the Plaintiff will have a new administrative hearing and the Administrative Law Judge will reevaluate the medical record, including the medical source opinions; reevaluate the Claimant's maximum residual functional capacity; reevaluate whether the Claimant can perform his past relevant work or other work; and conduct further proceedings as necessary to determine whether the Plaintiff was disabled within the meaning of the Social Security Act.

The Court finds the request for remand appropriate and so the ADOPTS the Stipulation (Doc. 17). Accordingly, the Commissioner's decision in this matter is

REVERSED and the case is REMANDED to the Commissioner for a new hearing pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The Clerk's Office is hereby directed to enter judgment in favor of the Plaintiff and against the Defendant.  This matter is now terminated.

*It is so ordered.*

Entered on October 4, 2016.


s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE

2